**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

RENARDO HOLMES,

        Plaintiff,        Case No.: _____

v.

RADIUS GLOBAL SOLUTIONS, LLC,

        Defendant.

_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, Radius Global Solutions, LLC ("RGS"), hereby removes the above-captioned civil action from the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this civil case is proper because:

1. RGS is the only named defendant in this civil action filed by plaintiff, Renardo Holmes ("plaintiff"), in the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Renardo Holmes v. Radius Global Solutions, LLC,* Case No.: 2019-009109-CC-25, (hereinafter the "State Court Action").

2. RGS removes this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, as plaintiff's Complaint claims relief based on alleged violations of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), RGS has timely filed this Notice of Removal. RGS was served with plaintiff's Complaint on April 18, 2019. This Notice of Removal is filed within 30 days of receipt of the Complaint by RGS.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

WHEREFORE, Defendant, Radius Global Solutions, LLC, hereby removes to this Court the State Court Action.

Date: May 8, 2019

Respectfully submitted,

*/s/ Michael P. Schuette*
Michael P. Schuette, Esq.
Florida Bar No. 0106181
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2460
Facsimile: (877) 334-0661
mschuette@sessions.legal
dvanhoose@sessions.legal
*Attorneys for Defendant,
Radius Global Solutions, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of May 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system..

>Bruce B. Baldwin, Esq.
>Debt Defense Law
>6915 Red Road, Suite 200
>Coral Gables, FL 33143
>service@debtdefenselaw.com

>*/s/ Michael P. Schuette*
>Attorney