# EXHIBIT A

lerk's Home (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Search

### RENARDO HOLMES VS RADIUS GLOBAL SOLUTIONS, LLC

**Local Case Number:** 2019-009109-CC-25

**Filing Date:** 03/29/2019

**State Case Number:** 132019CC009109000025

**Case Type:** Other Civil Complaint (Non-Monetary)

**Consolidated Case No.:** N/A

**Judicial Section:** CG02

**Case Status:** OPEN

👥 **Parties**  Number of Parties: 2 ▬

⤴ Export to ▾



| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | HOLMES, RENARDO | <u>B#: (Bar Number)</u>493023 <br> <u>N: (Attorney Name)</u>Baldwin, Bruce B | |
| Defendant | RADIUS GLOBAL SOLUTIONS, LLC | | |

## 🔨 Hearing Details

**Number of Hearing: 0** ▬

No hearing information found

## 🔊 Dockets

**Dockets Retrieved: 6** ▬

⎋ Export to ▾

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 5 | 04/27/2019 | | Service Returned | Event | |
| | | 04/17/2019 | | 20 Day Summons Issued | Service | |
| | 4 | 04/17/2019 | | 20 Day Summons Issued | Event | *Parties: RADIUS GLOBAL SOLUTIONS LLC* |
| | 3 | 04/17/2019 | | Receipt: | Event | **RECEIPT#:2640005 AMT PAID:$10.00 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 2139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:VISA CARD TENDER AMT:$10.00 RECEIPT DATE:04/17/2019 REGISTER#:264 CASHIER:P27** |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 2 | 04/03/2019 | | Receipt: | Event | **RECEIPT#:3520029 AMT PAID:$300.00 NAME:BALDWIN, BRUCE B 6915 SW 57TH AVE STE 200 CORAL GABLES FL 33143-3654 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 2100-COUNTY FILING FEE 1 $300.00 $300.00 TENDER TYPE:E-FILING ACH TENDER AMT:$** |
| 📄 1 | 03/29/2019 | | Complaint | Event | |

◀◀ Back to Search

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH) |
Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)
Clerk's Home (http://www.miami-dadeclerk.com/home.asp) |
Privacy Statement (http://www.miamidade.gov/info/privacy_and_security.asp) |
Disclaimer (http://www.miamidade.gov/info/disclaimer.asp) | (http://www.miamidade.gov)
Contact Us (http://www.miami-dadeclerk.com/contact.asp) |
About Us (http://www.miami-dadeclerk.com/about.asp)
2015 Clerk of the Courts. All Rights reserved.

https://www2.miami-dadeclerk.com/ocs/Search.aspx 3/3

Filing # 87210026 E-Filed 03/29/2019 04:32:29 PM

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

RENARDO HOLMES,

    Plaintiff,

CASE NO.: 2019 – 009109-CC-25

v.

RADIUS GLOBAL SOLUTIONS, LLC,

    Defendant.

_____/

## COMPLAINT

Plaintiff hereby sues Defendant for violating the Fair Debt Collection Practices Act (sometimes "the FDCPA"), codified at 15 USC § 1692 *et seq.* and states the following.

1. This Court has jurisdiction because Plaintiff is seeking damages between $5,000.01 and $15,000.00.

2. Venue is proper because all facts giving rise to this action occurred in Miami-Dade County, Florida.

3. All conditions precedent to the bringing of this action have been performed, have occurred, or have been waived.

4. This is an action under the FDCPA which is designed to protect consumers from abusive, deceptive, unfair, or undignified collection practices.

5. Plaintiff is a natural person.

6. The alleged debt Defendant attempted to collect from Plaintiff was a consumer debt as defined by the FDCPA.

7. Defendant is a debt collector as defined by the FDCPA.

8. Defendant took action to collect a debt from Plaintiff regarding a debt that

Plaintiff had already settled.

9. The foregoing is a violation of § 1692e5 of the FDCPA because Defendant did not possess the legal right to seek payment of the (resolved) debt.

10. Plaintiff has been damaged by Defendant's acts.

11. Plaintiff has incurred costs and attorney's fees as a result of Defendant's acts.

## COUNT I

12. Paragraphs 1 through 11 are incorporated by reference herein.

13. As set forth *supra*, Defendant violated § 1692e of the FDCPA.

14. Pursuant to § 1692k of the FDCPA Plaintiff possesses a claim against Defendant for actual and statutory damages and costs and attorney's fees based on its violations of the FDCPA.

**WHEREFORE**, Plaintiff demands judgment against Defendant for pursuant to § 1692k of the FDCPA for actual and statutory damages, costs and attorney's fees, and any and all such further relief the Court deems just and equitable.

Bruce B. Baldwin, Esq. FBN 493023
Debt Defense Law 6915 Red Road, Suite 200
Coral Gables, Florida 33143
Tel.: (305) 444-4323
service@debtdefenselaw.com

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. ☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION** ☒ CIVIL ☐ DISTRICTS ☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE** (a) GENERAL FORMS | **CASE NUMBER** 19 009109-CC-25 |
| **PLAINTIFF(S)** RENARDO HOLMES | **VS. DEFENDANT(S)** RADIUS GLOBAL SOLUTIONS, LLC | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and copy of the complaint or petition in this action on defendant(s): REGISTERED AGENT
CT CORPORATE SYSTEM
1200 SOUTH PINE ISLAND RD.
PLANTATION, FL 33324

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: BRUCE B. BALDWIN, ESQ

whose address is: 6915 RED ROAD, #200
CORAL GABLES, FL 33143

4/18/19 4:04PM
Rcvd #688

CLOCK IN

within 20 days * **Except when suit is brought pursuant to s. 768.28, Florida Statutes. If the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to, 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN CLERK of COURTS** | *(signature)* DEPUTY CLERK | **DATE** APR 17 2019 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."

CLK/CT. 314 Rev. 11/18                    Clerk's web address: www.miami-dadeclerk.com

# VERIFIED RETURN OF SERVICE

**State of Florida**  **County of Miami-Dade**

Case Number: 19-009109 CC 25

Plaintiff:
**Renardo Holmes**

vs.

Defendant:
**Radius Global Solutions, LLC**

For:
Bruce B. Baldwin, Esq.
6915 Red Road
Suite 200
Coral Gables, FL 33143

Received by First Choice Process, Inc. on the 15th day of April, 2019 at 11:33 am to be served on **Radius Global Solutions, LLC c/o CT Corporation System, Registered Agent, 1200 S. Pine Island Road, Plantation, FL 33324**.

I, Robin W. Lucas, do hereby affirm that on the **18th day of April, 2019** at **4:04 pm, I:**

**CORPORATE - REGISTERED AGENT**: served by delivering a true copy of the **20 DAY SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Donna Moch**, **Supervisor Of Process**, as authorized employee of Registered Agent for **Radius Global Solutions, LLC**, at the address of **1200 S. Pine Island Road, Plantation, FL 33324** and informed said person of the contents therein, in compliance with state statute F.S. 48.081(3)(a).

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Special Appointed Process Server, in good standing, in the judicial circuit in which the process was served. No notary required pursuant to F.S. 92.525(2).

Robin W. Lucas
SPS#688

First Choice Process, Inc.
15757 Pines Blvd.
Suite 157
Pembroke Pines, FL 33027
(954) 431-9208

Our Job Serial Number: MTO-2019001033

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

